[Civ. No. 1070. Second Appellate District.—October 24, 1911.]

RUTH M. ROSE, Petitioner, v. H. J. LELANDE, Clerk of Los Angeles County and Ex-officio Clerk of the Superior Court of the State of California in and for the County of Los Angeles, Respondent.

APPEAL—CERTIFICATION OF TRANSCRIPT—PAPERS NOT IN JUDGMENT-ROLL —DUTY NOT UPON CLERK.—Upon an appeal where papers not included in the judgment-roll are required upon appeal, no duty is imposed upon the clerk to certify them.

ID.—ORDER SETTING ASIDE DEFAULT NOT APPEALABLE.—An order of the superior court setting aside a default is not an appealable order.

ID.—MANDAMUS PROPERLY DENIED.—No *mandamus* will be allowed to compel the clerk to do a duty not enjoined upon him by law, nor in aid of a nonappealable order.

PETITION for writ of mandate to the clerk of Los Angeles County.

E. M. Barnes, for Petitioner.

THE COURT.—This application must be denied for two reasons: First, there is no duty devolving by law upon the clerk to certify or attest the transcript containing the reporter's notes, or the papers desired to be included therein, not included in the judgment-roll. Second, the notice of appeal is from an order of court setting aside a default. This is not an appealable order.

The writ is denied.